IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| HARRYKO CHARJUAN JACKSON, ) ) ) | |
| Petitioner, ) | |
| vs. ) ) | 11-CV-8033 |
| ) | 10-CR-0048 |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

## **MEMORANDUM OF OPINION**

On July 23, 2014, the magistrate judge filed her report and recommendation in the above-styled cause, recommending that this petition for relief filed pursuant to 28 U.S.C. § 2255 be dismissed with prejudice. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and hereby is DISMISSED WITH PREJUDICE. An order of final judgment will be entered contemporaneously herewith.

Done this 11th day of August 2014.

                                      L. SCOTT COOGLER
                         UNITED STATES DISTRICT JUDGE